Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                          Case No.:  19−24070−JNP
                          Chapter:  13
                          Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   George F Litty                                      Maryann Litty
   dba Out of The Attic                          2 Altair Court
   2 Altair Court                                      Turnersville, NJ 08012
   Turnersville, NJ 08012

Social Security No.:
   xxx−xx−5802                                        xxx−xx−8430

Employer's Tax I.D. No.:
   81−3085345

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:                 9/18/19
Time:               10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 22, 2019
JAN:

                                                Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
George F Litty  
Maryann Litty  
    Debtors

Case No. 19-24070-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jul 22, 2019  
                            Form ID: 132      Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2019.
```
db/jdb         +George F Litty,    Maryann Litty,    2 Altair Court,    Turnersville, NJ 08012-2406
518361955      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,     P.O. Box 982234,     El Paso, TX 79998-2234)
518361958       Chase Slate,    P.O. Box 15298,    Wilmington, DE 19850-5298
518361959       Citi Bank,    P.O. Box 6004,    Sioux Falls, SD 57117-6004
518361960      +Home Depot,    P.O. Box 790328,    Saint Louis, MO 63179-0328
518361963       Quicken Loans,     P.O. Box 442359,    Detroit, MI 48244-2359
518361964       Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2019 00:18:39     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2019 00:18:36     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518361956       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2019 00:18:10      Boscovs,    P.O. Box 183003,
                 Columbus, OH 43218-3003
518361957       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2019 00:22:04      Capital One,
                 PO Box 6492,    Carol Stream, IL 60197-6492
518361961       E-mail/Text: bncnotices@becket-lee.com Jul 23 2019 00:17:41      Kohl's,    P.O. Box 3043,
                 Milwaukee, WI 53201-3043
518361962       E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 00:21:56      Lowes/Synchrony Bank,
                 P.O. Box 965060,    Orlando, FL 32896-5060
518362685      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 00:22:30      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518361965       E-mail/Text: bankruptcy@td.com Jul 23 2019 00:18:41      TD Bank,    P.O. Box 84037,
                 Columbus, GA 31908-4037
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2019 at the address(es) listed below:
```
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Timothy K. McHugh    on behalf of Debtor George F Litty TKMlaw@comcast.net,
               tkmlaw.carol@gmail.com;r42477@notify.bestcase.com
              Timothy K. McHugh    on behalf of Joint Debtor Maryann  Litty TKMlaw@comcast.net,
               tkmlaw.carol@gmail.com;r42477@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```