| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | George F Litty<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5802<br>EIN   81-3085345 |
| Debtor 2<br>(Spouse, if filing) | Maryann Litty<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8430<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–24070–JNP | | |

# Order of Discharge                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

George F Litty                                               Maryann Litty
dba Out of The Attic

9/15/22                                                      **By the court:** Jerrold N. Poslusny Jr.
                                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
George F Litty  
Maryann Litty  
    Debtors

Case No. 19-24070-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Sep 15, 2022      Form ID: 3180W      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George F Litty, Maryann Litty, 2 Altair Court, Turnersville, NJ 08012-2406 |
| 518370524 | + | Quicken Loans Inc., KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518394095 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 518398518 | + | TD Bank,N.A., c/o Janelly Landa, Esq., 30 Montgomery Street, Suite 1205, Jersey City NJ 07302-3835 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518361955 | | EDI: BANKAMER.COM | Sep 16 2022 00:38:00 | Bank of America, P.O. Box 982234, El Paso, TX 79998-2234 |
| 518451169 | + | EDI: BANKAMER2.COM | Sep 16 2022 00:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518361956 | | EDI: WFNNB.COM | Sep 16 2022 00:38:00 | Boscovs, P.O. Box 183003, Columbus, OH 43218-3003 |
| 518361957 | | EDI: CAPITALONE.COM | Sep 16 2022 00:38:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518406484 | + | EDI: AIS.COM | Sep 16 2022 00:38:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518458320 | | Email/PDF: bncnotices@becket-lee.com | Sep 15 2022 20:46:31 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518361959 | | EDI: CITICORP.COM | Sep 16 2022 00:38:00 | Citi Bank, P.O. Box 6004, Sioux Falls, SD 57117-6004 |
| 518472507 | | EDI: CITICORP.COM | Sep 16 2022 00:38:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518361960 | + | EDI: CITICORP.COM | Sep 16 2022 00:38:00 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 518361958 | | EDI: JPMORGANCHASE | Sep 16 2022 00:38:00 | Chase Slate, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 518387554 | + | Email/Text: RASEBN@raslg.com | Sep 15 2022 20:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518361961 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 15 2022 20:41:00 | Kohl's, P.O. Box 3043, Milwaukee, WI |

Case 19-24070-JNP    Doc 31    Filed 09/17/22    Entered 09/18/22 00:15:39    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2022 | Form ID: 3180W | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | 53201-3043 |
| 518463817 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2022 20:46:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518361962 | | EDI: RMSC.COM | Sep 16 2022 00:38:00 | Lowes/Synchrony Bank, P.O. Box 965060, Orlando, FL 32896-5060 |
| 518478038 | | EDI: PRA.COM | Sep 16 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518468849 | | EDI: Q3G.COM | Sep 16 2022 00:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518361963 | | Email/Text: bankruptcyteam@quickenloans.com | Sep 15 2022 20:42:00 | Quicken Loans, P.O. Box 442359, Detroit, MI 48244-2359 |
| 518387780 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 15 2022 20:42:00 | Quicken Loans Inc., 635 Woodward Ave., Detroit, MI 48226-3408 |
| 518361964 | | EDI: CITICORP.COM | Sep 16 2022 00:38:00 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518362685 | + | EDI: RMSC.COM | Sep 16 2022 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518361965 | | EDI: TDBANKNORTH.COM | Sep 16 2022 00:38:00 | TD Bank, P.O. Box 84037, Columbus, GA 31908-4037 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 15, 2022 | Form ID: 3180W | Total Noticed: 27 |

Timothy K. McHugh  on behalf of Debtor George F Litty TKMlaw@comcast.net  tkmlaw.carol@gmail.com;r42477@notify.bestcase.com

Timothy K. McHugh  on behalf of Joint Debtor Maryann Litty TKMlaw@comcast.net  tkmlaw.carol@gmail.com;r42477@notify.bestcase.com

U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7